**Order entered February 10, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01030-CV

**SANJAY BHARDWAJ, Appellant**

**V.**

**ANUPAMA PATHAK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-53882-2013**

## ORDER

We **DENY** appellant's January 27, 2015 motion for leave to file an oversize reply brief.

We **STRIKE** the reply brief filed by appellant on January 27, 2015. On the Court's own motion,

we **ORDER** appellant to file, **WITHIN TEN DAYS** of the date of this order, a reply brief that

complies with the 7,500 word limit. *See* TEX. R. APP. P. 9.4(h)(i)(2)(C).

/s/      ELIZABETH LANG-MIERS
JUSTICE